285 P.3d 308

**STATE of Arizona**

v.

**Raul HERRERA III.**

**No. CR–11–0064–PR.**

Supreme Court of Arizona.

April 11, 2012.

FURTHER ORDERED: Pursuant to Rule 31.19(i)(2), Arizona Rules of Criminal Procedure, this matter is remanded to the Court of Appeals for reconsideration in light of this Court's Opinion in *State v. Ferrero*, 229 Ariz. 239, 274 P.3d 509 (2012).